PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## MIDDLE DISTRICT OF PENNSYLVANIA

### Report on Offender Under Supervision

**Name of Offender:** Michael Sykes    **Case Number:** 1:CR-00-321-01

**Name of Sentencing Judicial Officer:** The Honorable Yvette Kane, Chief U.S. District Judge

**Date of Original Sentence:** August 15, 2001

**Original Offense:** False Statements in Connection with Acquisition of Firearms, 18 USC § 922(a)(6)

**Original Sentence:** 73 months imprisonment, followed by 3 years supervised release

**Type of Supervision:** Supervised Release    **Date Supervision Commenced:** December 22, 2006

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| Standard Condition #15 | "The defendant shall participate in a program of testing and treatment for drug abuse, as directed by the probation officer, until such time as you are released from the program by the probation officer."<br><br>Mr. Sykes has failed to report for urine testing as required on February 28, 2007; March 23, 2007; April 3, 2007; May 9, 2007; June 1, 2007; and July 30, 2007. |

Report on Offender
Under Supervision
Page 2

**U.S. Probation Officer Action:**

The probation officer has issued both written and verbal reprimands to Mr. Sykes for his failure to report for urine testing and the frequency of urine tests has been increased. He has also been informed that a positive urine specimen, an attempt to alter a specimen, or failure to report for urine testing, will result in the initiation of revocation proceedings.

Unless otherwise directed by the Court, the probation office will closely monitor Mr. Sykes and will continue to test him for drug use. His submission of a positive urine specimen or failure to report for urine testing will be brought to Your Honor's attention.

Respectfully submitted,

Stephen F. Leahey
Senior U.S. Probation Officer
Date: August 28, 2007

---

[X] Recommendation Approved

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other



Signature of Judicial Officer



Date