PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
## MIDDLE DISTRICT OF PENNSYLVANIA

## Report on Offender Under Supervision

**Name of Offender:** Michael Sykes          **Case Number:** 1:CR-00-321-01

**Name of Sentencing Judicial Officer:** The Honorable Yvette Kane, Chief U.S. District Judge

**Date of Original Sentence:** August 15, 2001

**Original Offense:** False Statement in Connection with Acquisition of Firearms, 18 USC § 922(a)(6)

**Original Sentence:** 73 months imprisonment, followed by 3 years supervised release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** December 22, 2006

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **General Condition** | **"The defendant shall not commit another federal, state, or local crime."** |

On March 14, 2008, Mr. Sykes was arrested by the Harrisburg Police Department for Simple Assault. The incident involved a argument between Mr. Sykes and his former girlfriend which became physical. He was incarcerated in the Dauphin County Prison until April 3, 2008, at which time he pled guilty to Disorderly Conduct (summary) and was sentenced to pay a $428.00 fine.

Report on Offender
Under Supervision
Page 2


**U.S. Probation Officer Action:**

The probation office recommends that Mr. Sykes be continued on supervision.  It should be noted that Mr. Sykes is also under the supervision of the Pennsylvania Board of Probation and Parole and they are not imposing a sanction for Mr. Sykes' summary conviction.

Unless otherwise directed by the Court, the probation office will closely monitor Mr. Sykes.  Any future violations will be brought to Your Honor's attention.

Respectfully submitted,

Stephen F. Leahey
Senior U.S. Probation Officer
Date:  May 21, 2008

_____

[X] Recommendation Approved

[ ] Submit a Request for Modifying the Condition or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

6·2·08
_____
Date